UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

      V.                                    CRIMINAL NO. 5:07CR00152-001

William J. Brittelli, Jr.

**FREDERICK J. SCULLIN, JR., Senior U.S. DISTRICT JUDGE**

## MODIFICATION ORDER

Currently before the Court is an application by the defendant to modify his restitution payment schedule from 15% of his gross income or $200 per month, whichever is greater, to $200 per month. Upon review of the defendant's application and monthly financial obligations as reported by the defendant to the United States Probation Office, the Court finds that the schedule of restitution payments shall be modified as follows:

1. The offender shall make minimum monthly installment payments of $300 per month.

If the offender's future financial endeavors allows him to increase the payments, the U.S. Probation Office will notify this Court of the need for the increase. All other terms of the original judgment remain the same.

IT IS SO ORDERED.

September 26, 2008
Syracuse, New York

                                              Frederick J. Scullin, Jr.
                                              Senior United States District Court Judge